# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1778
Lower Tribunal No. F04-14122
_____

**Roberto Ordonez-Medina,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Roberto Ordonez-Medina, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.